IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>APPROXIMATELY $40,114.25 SEIZED FROM SHARONVIEW FEDERAL CREDIT UNION ACCOUNT XXX134, SUCH ACCOUNT HELD IN THE NAME OF KWAKU AMPONSAH;<br><br>APPROXIMATELY $92,446.23 SEIZED FROM BANK OF AMERICA ACCOUNT XXXXXXXX9310, SUCH ACOUNT HELD IN THE NAME OF IGNITE RENTALS, INC | CIVIL NO. 3:22-cv-00536 |

**DEFAULT JUDGMENT**

THIS MATTER is before the Court on the United States of America's Motion for Default Judgment. (Doc. No. 8). For good cause shown, the Court will GRANT the Motion and enter this Default Judgment. The Court FINDS AS FOLLOWS:

**BACKGROUND**

On October 10, 2022, the United States filed a Complaint, (Doc. No. 1), against the defendant, approximately $40,114.25 in funds seized from Sharonview Federal Credit Union Account XXX134, such account held in the name of Kwaku Amponsah ("the Amponsah Funds" and "the Amponsah Sharonview Account") and approximately $92,446.23 in funds seized from Bank of America Account XXXXXXXX9310, such account held in the name of Ignite Rentals INC ("the Ignite Finds" and "the Ignite BofA Account") (all funds collectively referred to as "the Funds"). The Complaint alleged that the Funds constitute or are derive from proceeds of wire fraud in violation of 18 U.S.C. § 1343, and property involved in monetary transactions, money laundering, and a money laundering conspiracy in violation of 18 U.S.C. §§ 1956, 1957, and

1956(h).

From October 8, 2022 through November 6, 2022, pursuant to Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(4)(a), the Government provided Notice by Publication via www.forfeiture.gov as shown on the Submission of Declaration of Publication dated and filed on January 26, 2023. (Doc. No. 5). Based on that notice, the deadline for filing claims was December 7, 2022. Further, the Government submitted documentation of direct notice to individuals with potential claims to the Funds as shown on the Notice of Service (Direct Notice) dated and filed November 4, 2022. (Doc. No. 4). Notice of the forfeiture of the Funds has been properly published and directly provided, there are no claims as to the Funds, and the time for filing claims has expired.

## LEGAL CONCLUSIONS

Fed. R. Civ. P. 55 (b)(2) provides for entry of the requested Default Judgment by the Court. Here, the United States has provided notice of forfeiture in accordance with the Federal Rules of Civil Procedure, Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G. Further, no individuals or entities have filed claims and the time-period for filing claims has expired. Finally, the Clerk has issued an Entry of Default. (Doc. No. 7). Therefore, the requested Default Judgment is appropriate.

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the Government is entitled to a Judgment by Default against the Defendant Property.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Government's Motion for Default Judgment, (Doc. No. 8), is hereby GRANTED.

2. Any and all right, title, and interest of all persons in the world in or to the following Defendant Property is hereby forfeited to the United Sates, and no other right, title, or interest shall exist therein:

**Approximately $40,114.25 in funds seized from Sharonview Federal Credit Union Account XXX134, such account held in the name of Kwaku Amponsah and approximate $92,446.23 in funds seized from Bank of America Account XXXXXXXX9310, such account held in the name of Ignite Rentals INC.**

SO ORDERED.

Signed: May 2, 2023

_____
Robert J. Conrad, Jr.
United States District Judge